FILED

01/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0017

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0017

IN RE THE MARRIAGE OF:

CHRISTINA M. STEVENS,

Petitioner and Appellee,

and,

ROBERT A. STEVENS,

Respondent and Appellant.

FILED

JAN 1 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Representing himself, Robert A. Stevens has filed a verified Petition for an Out-of-Time Appeal of a decree of dissolution. We amend the caption to comport with M. R. App. P. 2(4).

As grounds, Robert indicates that he improperly filed a Notice of Appeal in the Flathead County District Court. Robert states the District Court issued its decree on November 24, 2020, and he did not receive a copy of the decree until December 4, 2020. He further states that he includes a copy of this judgment.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

No copy of the District Court's Findings of Fact, Conclusions of Law, and Decree of Dissolution was included with Robert's filed Petition. We secured a copy of the register of actions. Robert initially filed a notice of appeal on January 5, 2021, in the District Court. We point out that the thirty-day clock for filing an appeal commences on the filing date of the final judgment, not when a party receives a copy. M. R. App. P. 4(5)(a)(i). *See also* M. R. App. P. 3 for computation of time. Given the foregoing, we conclude that Robert is entitled to pursue this appeal because he has demonstrated extraordinary circumstances pursuant to M. R. App. P. 4(6).

IT IS ORDERED that Robert's Petition for an Out-of-Time Appeal is GRANTED. Robert must prepare, file, and serve a copy of a Notice of Appeal within thirty days or, on or before Thursday, February 11, 2021. Failure to do so will result in dismissal of this appeal without further notice.

The Clerk of the Supreme Court is directed to provide a copy of this Order to all parties of record along with a copy of this Court's Civil Appellate Handbook.

DATED this 12 day of January, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2